UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH MCCLASH, JOE KANE,
LINDA MOLTO, JANE VON HAHMANN,

Plaintiffs,

v.                                              Case No: 8:20-cv-543-T-36AEP

FLORIDA DEPARTMENT OF TRANSPORTATION,
KEVIN J. THIBAULT, as Secretary of
the Florida Department of
Transportation, FEDERAL
TRANSPORTATION AUTHORITY, United
States Department of Transportation,
and NICOLE R. NASON, Administrator,

Defendants.

## Motion to File Electronically

Pro se Plaintiff, Joseph McClash, comes before the court to request permission to file electronically using the Case Management/Electronic Case Files (CM/ECF), the federal Judiciary's system that allows case documents, such as pleadings, motions, and petitions, to be filed with the court online.

Joseph McClash has experience filing electronically with Florida's portal and DOAH. Joseph McClash has been given authorization by the other 3 pro se Plaintiffs to file the original complaint as a consolidated complaint. It would serve as a more efficient delivery of filings to grant Joseph McClash

the permission to file a consolidated filing for all pro se Plaintiffs similar to those filings afforded to several law firms handling a case to have the lead attorney file. Joseph McClash acting as pro se, is not in any way representing any other pro se party but providing an efficient system to file with the consensus of other Plaintiffs.

Respectfully submitted,

s/JOE KANE, pro se, s/LINDA MOLTO, pro se, s/Jane von Hahmann, pro se, s/JOSEPH MCCLASH, pro se, 711 89 Street NW, Bradenton, Florida 34209, 941.915.0684, joemcclash@GMAIL.COM

Dated: March 24, 2020

## Certificate of Service

**The filing has been sent by electronic email to the following on March 24, 2020:**

Marc.Peoples@dot.state.fl.us,
harper.bearss@dot.state.fl.us,
andrea.shulthiess@dot.state.fl.us,
george.reynolds@dot.state.fl.us,
co.litigation@dot.state.fl.us,
darrell.broxsie@dot.state.fl.us,
darlene.ward@dot.state.fl.us,
Angela Angela.Tucker@dot.state.fl.us
Jamie.christian@dot.gov,
efile_nrs.enrd@usdoj.gov,
FHWA_assigment_lit@dot.gov