UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH MCCLASH, JOE KANE, LINDA MOLTO and JANE VON HAHMANN,

    Plaintiffs,

v.                                      Case No: 8:20-cv-543-T-36AEP

FLORIDA DEPARTMENT OF TRANSPORTATION, KEVIN J. THIBAULT, FEDERAL TRANSPORTATION AUTHORITY and NICOLE R. NASON,

    Defendants.
_____/

**O R D E R**

This matter comes before the Court upon review of the file. As it appears all parties have now been served, the parties are directed to meet and confer for the purposes of preparing an Amended Case Management Report. Accordingly, it is hereby **ORDERED**:

1. The parties shall meet on or before **November 24, 2020**, for the purpose of preparing and filing an Amended Case Management Report. This meeting may be conducted remotely by telephone or video conference.

2. The Amended Case Management Report shall be filed on or before **December 1, 2020**.

**DONE AND ORDERED** in Tampa, Florida on November 16, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies: All Parties of Record